# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TOMY INTERNATIONAL, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-cv-4704 |
| | ) |
| NOBLE HOLDINGS, INC. f/k/a APOTHECARY PRODUCTS, INC. | ) |
| | ) |
| and | ) |
| | ) |
| APOTHECARY PRODUCTS, LLC, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2) and 41(c), Plaintiff TOMY International, Inc., through its undersigned counsel, Defendant Noble Holdings, Inc. (f/k/a Apothecary Products, Inc.), through its undersigned counsel, and Defendant Apothecary Products, LLC, through its undersigned counsel hereby agree and stipulate to the dismissal with prejudice of the above-captioned matter in its entirety, including all claims and counterclaims, and without costs to any party.

[*SIGNATURES ON FOLLOWING PAGE*]

| | |
|---|---|
| Dated this 31st day of March, 2017. | Dated this 31st day of March, 2017. |
| HUSCH BLACKWELL LLP<br>Attorneys for Plaintiff<br>TOMY International, Inc. | FREDRIKSON & BYRON, P.A.<br>Attorneys for Defendant<br>Nobel Holdings, Inc. f/k/a<br>Apothecary Products, Inc. |
| *s/ Thomas P. Heneghan*<br>Thomas P. Heneghan<br>Jordan C. Corning | *s/ Kurt J. Niederluecke*<br>Kurt J. Niederluecke |

Dated this 31st day of March, 2017.

LINDQUIST & VENNUM LLP
Attorneys for Defendant
Apothecary Products, LLC


*s/ Bruce H. Little*
Bruce H. Little